**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| WILLIE LEON BARNES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:24-CV-62 |
| | § | |
| CAPTAIN EASTER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Willie Lee Barnes, a prisoner previously confined at the Gib Lewis Unit of the

Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed

this civil rights action pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate

Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

On May 23, 2024, the magistrate judge recommended dismissing the action without prejudice for

want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). To date, the parties have

not filed objections to the report.

The court received and considered the Report and Recommendation of United States

Magistrate Judge pursuant to such referral, along with the record, pleadings and all available

evidence.  After careful review, the court finds that the findings of fact and conclusions of law of

the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are

correct, and the Report and Recommendation of United States Magistrate Judge (#20) is

**ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate

judge's recommendation.

SIGNED at Beaumont, Texas, this 26th day of June, 2024.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE